**STATE of Missouri, Respondent,**

v.

**Jimmy BLANK, Appellant.**

**Jimmy W. BLANK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 47895, WD 49594.**

Missouri Court of Appeals,
Western District.

May 9, 1995.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and BRECKENRIDGE and HANNA, JJ.

### *ORDER*

PER CURIAM.

Appeal of convictions after trial by jury of one count of felony stealing, § 570,030, RSMo 1994; three counts of misdemeanor stealing, § 570.030, RSMo 1994; one count of misdemeanor possession of marijuana, § 195.202.3, RSMo 1994; and one count of misdemeanor possession of drug paraphernalia, § 195.233, RSMo 1994, and the denial of appellant's Rule 29.15 postconviction motion.

Judgments affirmed. Rules 30.25(b) and 84.16(b).